United States Bankruptcy Court
Southern District of Mississippi

Official Form 417A (12/23)

In RE: Christopher LaDale Lane    Case No. 19-50681-KMS
Debtor                              Chapter 7

Karam Family, LLC    Plaintiff/Counter-Defendant
v. Christopher LaDale Lane    Adv. Proc. No. 23-06003 KMS
[Caption as in Form 416A, 416B, or 416D, as appropriate] Defendant Counter-Plaintiff

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY - 8 2025
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Christopher LaDale Lane

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☑ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Final Judgment

2. State the date on which the judgment—or the appealable order or decree—was entered:
   4-28-25

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Karam Family, LLC    Attorney: Jeffrey D. Rawlings
   P.O. Box 1789
   Madison, MS 39130-1789

2. Party: _____    Attorney: _____

Official Form 417A    Notice of Appeal and Statement of Election    page 1

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____        Date: 5-8-25
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Christopher LaDale Lane
2180 Ellis Hodge Rd
Lucedale, MS 39452
Phone: 228-365-9653

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: April 28, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: CHRISTOPHER LADALE LANE | CASE NO. 19-50681-KMS |
| DEBTOR | CHAPTER 7 |
| KARAM FAMILY, LLC | PLAINTIFF/COUNTER-DEFENDANT |
| V. | ADV. PROC. NO. 23-06003-KMS |
| CHRISTOPHER LADALE LANE | DEFENDANT/COUNTER-PLAINTIFF |

### FINAL JUDGMENT

Consistent with the Opinion and Order on Complaint to Determine Dischargeability, Adv. ECF No. 55,

**IT IS ORDERED, ADJUDGED AND DECREED** that final judgment of nondischargeability in favor of Plaintiff Karam Family, LLC and against Defendant Christopher LaDale Lane in the amount of $821,771.44 (Florida Default Judgment amount), plus interest at the Florida statutory rate (*see* Fla. Stat. Ann. § 55.03) until the date of this Final Judgment, plus post-judgment interest at the federal judgment rate from the date of this Final Judgment until paid (*see* 28 U.S.C. § 1961), is entered pursuant to Federal Rule of Civil Procedure 58 as applied by Federal Rule of Bankruptcy Procedure 7058.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment is excepted from discharge under 11 U.S.C. § 523(a)(4).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that as to other relief requested in the Complaint, relief is denied and the complaint is dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the relief requested in the Counterclaim by Defendant Christopher LaDale Lane and against Plaintiff Karam Family, LLC is denied and the Counterclaim is dismissed.

##END OF ORDER##

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

__Christopher LaDale Lane__   CASE NO. __19-50681-kms__
Debtor

_____
Joint Debtor *(if applicable)*   CHAPTER __7__

### CERTIFICATE OF SERVICE

I hereby certify that on __5-8-25__ (date of mailing), I served copies as follows:

1. Document(s) served:

   Notice of Appeal

2. Served upon [name and address of each person served]:

   Jeffrey D. Rawlings
   P.O. Box 1789
   Madison, MS 39130-1789

3. By First Class Mail.

Dated: __5-8-25__   x _____
   *(Signature)*
   Print Name: __Christopher LaDale Lane__
   Telephone No. __228-365-9653__
   2180 Ellis Hodge Rd
   Lucedale, MS 39452

Generated: May 8, 2025 11:22AM                                    Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Gulfport

Receipt Date: May 8, 2025 11:22AM

Christopher LaDale Lane

| Rcpt. No: 60000622 | | Trans. Date: May 8, 2025 11:22AM | | | Cashier ID: #FC (3654) |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| APPN | APPEAL & NOTICE | | 1 | 298.00 | 298.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CA | CASH | | | | $298.00 |
| | | | | Total Due Prior to Payment: | $298.00 |
| | | | | Total Tendered: | $298.00 |
| | | | | Total Cash Received: | $298.00 |
| | | | | Cash Change Amount: | $0.00 |

Comments: 23-06003-KMS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.